USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOSHUA DAVIS,

       Plaintiff,

   -against-

CITY OF NEW YORK, Police Officer
MICHAEL GENKERELL, Shield # 22527 and
JOHN DOE 1 through 5, individually and in
their official capacities

       Defendants.
------------------------------------------------------------- X

19-CV-7387 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on December 9, 2019, the Court adopted Defendant's proposed briefing schedule, directing: (i) Defendant to file its Motion to Dismiss by January 21, 2020; (ii) Plaintiff to file his Opposition by February 21, 2020; and (iii) Defendant to file a Reply, if any, by March 6, 2020 (Dkt. 18);

  WHEREAS on January 17, 2020, Defendant moved to dismiss Plaintiff's Complaint (Dkt. 19);

  WHEREAS Plaintiff has not filed an Opposition;

  IT IS HEREBY ORDERED:

1. Plaintiff is directed to respond to Defendant's motion to dismiss by **March 6, 2020**. If Plaintiff fails to file an opposition, the Court will treat the motion to dismiss as unopposed;

2. If Plaintiff files an opposition by March 6, 2020, Defendant must file a Reply by **March 13, 2020**.

**SO ORDERED.**

**Date: February 28, 2020**
      **New York, New York**

_____
      **VALERIE CAPRONI**
      **United States District Judge**