**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSHUA DAVIS,

                Plaintiff,

-against-

CITY OF NEW YORK, Police Officer
MICHAEL GENKERELL, Shield $ 22527 and
JOHN DOE 1 through 5, individually and in
their official capacities,

                Defendants.
-----------------------------------------------------------X

19 **CIVIL** 7387 (VEC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2020, Defendants' motion to dismiss is granted, and the Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         March 10, 2020

                                              **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                                     **BY:**
                                                   **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/10/2020